IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SONOMA SPRINGS LIMITED PARTNERSHIP, a Nevada limited partnership and SONOMA SPRINGS ASSOCIATES, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation and ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, a Maryland Corporation and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00021-LRH-VPC<br><br>**STIPULATION TO EXTEND TIME TO FILE AN OPPOSITION**<br><br>**(FIRST REQUEST)**<br><br>AND **ORDER** THEREON |

**IT IS HEREBY STIPULATED** by and between Plaintiffs, SONOMA SPRINGS LIMITED PARTNERSHIP and SONOMA SPRINGS ASSOCIATES, LLC (hereinafter collectively "Plaintiffs"), by and through their counsel of record, JAMES W. PUZEY, ESQ. and AUDREY DAMONTE, ESQ., of HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON, and Defendants, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, and ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, (hereinafter collectively "Defendants"), by and through their counsel of record DAVID W. SLAUGHTER, ESQ., of

SNOW CHRISTENSEN & MARTINEAU Admitted Pro Hac Vice, and RYAN W. LEARY, ESQ., of LAXALT & NOMURA, hereby stipulate as follows:

1. Defendants' filed a Motion to Stay Case Pending Outcome of Litigation in Humboldt County, Nevada and Supporting Memorandum of Points and Authorities on March 5, 2018 [ECF No. 30].

2. The response to the pending Motion to Stay Case Pending Outcome of Litigation in Humboldt County, Nevada was stayed until May 14, 2018, if, a global settlement was unable to be reached. [ECF No. 38].

3. On April 30, 2018 all parties attended a global settlement in an attempt to settle this case and the matter pending in the Sixth Judicial District Court of the State of Nevada: *Ascent Construction Inc., v. Sonoma Springs Limited Partnership, et al.,* Case No. CV21,053.

4. The reason for the extension of time in which for Plaintiffs' to file their Opposition to Defendants' Motion is that the parties were unable to reach a settlement and additional time is needed to address the issues relating to a requested stay and how it will affect the state court case.

5. Plaintiffs' Opposition to Defendants' Motion to Stay Case Pending Outcome of Litigation in Humboldt County, Nevada and Supporting Memorandum of Points and Authorities is currently due on May 14, 2018.

6. The undersigned hereby stipulate to an extension of time to and including June 4, 2018, for the Plaintiffs to file their Opposition to Defendants' Motion to Stay Case Pending Outcome of Litigation in Humboldt County, Nevada and Supporting Memorandum of Points and Authorities.

///
///
///
///

7. That there have been no previous requests for an extension in which to file Plaintiffs' Opposition to Defendants' Motion to Stay Case Pending Outcome of Litigation in Humboldt County, Nevada and Supporting Memorandum of Points and Authorities.

8. That this Stipulation is not brought for the purpose of delay and counsel hereby certifies that this Stipulation is made with the knowledge and consent of their clients.

| HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON | SNOW, CHRISTENSEN & MARTINEAU |
|---|---|
| /s/ AUDREY DAMONTE, ESQ. <br> JAMES W. PUZEY, ESQ. <br> Nevada Bar No. 5745 <br> AUDREY DAMONTE, ESQ. <br> Nevada Bar No.4244 <br> 800 S. Meadows Parkway <br> Suite 800 <br> Reno, Nevada 89521 <br> *Attorneys for Plaintiffs* <br><br> Dated: May 11, 2018 | /s/ DAVID W. SLAUGHTER, ESQ. <br> DAVID W. SLAUGHTER, ESQ. <br> Admitted Pro Hac Vice <br> 10 Exchange Place, 11th Floor <br> Salt Lake City, Utah 84111 <br> *Attorneys for Defendants* <br><br> **LAXALT & NOMURA, LTD.** <br> RYAN W. LEARY, ESQ. <br> 9600 Gateway Drive <br> Reno, Nevada 89521 <br> *Attorneys for Defendants* <br><br> Dated: May 11, 2018 |

**ORDER**

**IT IS SO ORDERED**, *nunc pro tunc*.

DATED this 14th day of ___May_____, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3