1  **HOLLEY, DRIGGS, WALCH,**
   **FINE, WRAY, PUZEY & THOMPSON**
2  JAMES W. PUZEY, ESQ.
   jpuzey@nevadafirm.com
3  Nevada State Bar No. 5745
   AUDREY DAMONTE, ESQ.
4  adamonte@nevadafirm.com
   Nevada State Bar No. 4244
5  800 South Meadows Parkway, Suite 800
   Reno, Nevada 89521
6  Telephone:   (775) 851-8700
7  *Attorneys for SONOMA LIMITED PARTNERSHIP*
   *and SONOMA SPRINGS ASSOCIATES, LLC,*
8  *Plaintiffs*



9
10           **IN THE UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
11
   SONOMA SPRINGS LIMITED PARTNERSHIP, a
12 Nevada limited partnership, and SONOMA          **Case No.: 3:18-CV-0021-LRH-VPC**
   SPRINGS ASSOCIATES, LLC, a Nevada limited
13 liability company,
                      Plaintiffs,                 **AMENDED DISCOVERY PLAN AND**
14                                                      **SCHEDULING ORDER**
          v.
15
   FIDELITY AND DEPOSIT COMPANY OF
16 MARYLAND, a Maryland Corporation and
   ZURICH AMERICAN INSURANCE COMPANY
17 OF ILLINOIS, a Maryland Corporation and DOES
   1-20, inclusive,
18
                      Defendants.
19

20       Following the Parties' April 30, 2018 Global Settlement Conference, at which this matter

21 did not resolve, and pursuant to the Stipulation and Order to Stay Proceedings Pending Conclusion

22 of Global Settlement Conference (ECF No. 38), entered on March 23, 2018, Plaintiffs SONOMA

23 SPRINGS LIMITED PARTNERSHIP and SONOMA SPRINGS ASSOCIATES, LLC

24 (hereinafter "Plaintiffs"), by and through their attorneys of record, JAMES W. PUZEY, ESQ. and

25 AUDREY DAMONTE, ESQ., of the law firm of HOLLEY, DRIGGS, WALCH, FINE, WRAY,

26 PUZEY & THOMPSON, and Defendants FIDELITY AND DEPOSIT COMPANY OF

27
28 MARYLAND and ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, (hereinafter

HOLLEY·DRIGGS·WALCH
FINE·WRAY·PUZEY·THOMPSON

"Defendants"), by and through their attorneys of record, RYAN W. LEARY, ESQ., of the law firm of LAXALT & NOMURA, LTD., and DAVID W. SLAUGHTER, ESQ. [*admitted pro hac vice*], of the law firm of SNOW CHRISTENSEN & MARTINEAU, submit this Amended Discovery Plan and Scheduling Order as follows:

a.   Deadline to complete discovery (LR 26-1(b)(1)):  180 days from the date of entry of the Court's decision on the Defendants' Motion to Stay;

b.   Deadline to amend the pleadings or add parties (LR 26-1(b)(2)):  90 days before the close of discovery;

c.   Deadline to disclose experts (FRCP 26-1(a)(2)(A)-(C) and LR 26-1(b)(3)):  60 days before the close of discovery;

d.   Deadline to file Interim Status Report:  60 days before the close of discovery;

e.   Deadline to disclose rebuttal experts:  30 days after initial disclosure of experts;

f.   Deadline to file dispositive motions (LR 26-1(B)(4)):  30 days after close of discovery; and

///
///
///
///
///
///
///
///
///
///

g.   Deadline to file joint pretrial order (LR 26-1(b)(5)): 30 days after the deadline for

filing dispositive motions. If dispositive motions are filed, the deadline for filing the

joint pre-trial order will be suspended until 30 days after decision on the dispositive

motions, or further court order.

DATED: May 14, 2018                    DATED:      May 14, 2018

**HOLLEY, DRIGGS, WALCH,**              **LAXALT & NOMURA, LTD.**
**FINE, WRAY, PUZEY & THOMPSON**

*Audrey Damonte*                        */s/ Ryan W. Leary, Esq.*
JAMES W. PUZEY, ESQ.                    RYAN W. LEARY, ESQ.
AUDREY DAMONTE, ESQ.                    9600 Gateway Drive
800 South Meadows Parkway, Suite 800    Reno, Nevada 89521
Reno, Nevada. 89521                     *Attorneys for Defendants FIDELITY AND*
*Attorneys for Plaintiffs, SONOMA SPRINGS*   *DEPOSIT COMPANY OF MARYLAND and*
*LIMITED PARTNERSHIP and*               *ZURICH AMERICAN INSURANCE*
*SONOMA SPRINGS ASSOCIATES, LLC*         *COMPANY OF ILLINOIS*

                                        **SNOW CHRISTENSEN &**
                                        **MARTINEAU**

                                        */s/ David Slaughter, Esq.*
                                        DAVID SLAUGHTER, ESQ.
                                        10 Exchange Place, 11th Floor
                                        Salt Lake City, Utah 84111
                                        *Attorneys for Defendants FIDELITY AND*
                                        *DEPOSIT COMPANY OF MARYLAND and*
                                        *ZURICH AMERICAN INSURANCE*
                                        *COMPANY OF ILLINOIS*

**ORDER**

IT IS SO ORDERED.

DATED this _8th_ day of _June_, 2018.

UNITED STATES MAGISTRATE JUDGE