# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SONOMA SPRINGS LIMITED PARTNERSHIP, *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, *et al.*,<br><br>              Defendants. | 3:18-cv-00021-LRH-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO STAY (ECF NO. 30)**<br><br>**(First Request)** |

    Plaintiffs SONOMA SPRINGS LIMITED PARTNERSHIP and SONOMA SPRINGS ASSOCIATES, LLC (hereinafter collectively "Plaintiffs"), by and through their counsel of record, HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON, and Defendants FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation and ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, a Maryland Corporation

1

(hereinafter collectively "Defendants"), by and through their counsel of record, SNOW CHRISTENSEN & MARTINEAU and LAXALT & NOMURA, LTD., hereby stipulate as follows:

1. On March 5, 2018, Defendants filed a Motion to Stay Case Pending Outcome of Litigation in Humboldt County, Nevada and Supporting Memorandum of Points and Authorities.

2. The deadline to file a response to the pending motion was initially extended to May 14, 2018 as a result of global settlement discussions between the parties, and again extended to June 4, 2018 (ECF No. 46).

3. On June 4, 2018, Plaintiffs filed their Opposition to Motion to Stay Case Pending Outcome of Litigation in Humboldt County, Nevada and Supporting Memorandum of Points and Authorities (ECF No.47). As a result, Defendants' reply brief in support of their motion to stay is presently due June 11, 2018.

4. The undersigned hereby stipulate to an extension of time to and including June 15, 2018, for Defendants to file their Reply in Support of Motion to Stay Case Pending Outcome of Litigation in Humboldt County, Nevada and Supporting Memorandum of Points and Authorities.

5. The reason for this extension of time is so that Defendants may have additional time to more fully evaluate and consider the arguments raised by Plaintiffs in their Opposittion.

6. There have been no previous requests for an extension of time for Defendants to file a Reply in Support of Motion to Stay Case Pending Outcome of Litigation in Humboldt County, Nevada and Supporting Memorandum of Points and Authorities.

//
//
//
//
//
//
//

7. This Stipulation is not brought for the purpose of delay.

DATED: June 11, 2018
**HOLLEY, DRIGGS, WALCH,
FINE, WRAY, PUZEY & THOMPSON**

 /s/   Audrey Damonte
JAMES W. PUZEY, ESQ.
AUDREY DAMONTE, ESQ.
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
*Attorneys for Plaintiffs, SONOMA SPRINGS LIMITED PARTNERSHIP and SONOMA SPRINGS ASSOCIATES, LLC*

DATED: June 11, 2018
**LAXALT & NOMURA, LTD.**

 /s/   Ryan W. Leary
RYAN W. LEARY, ESQ.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
*Attorneys for Defendants FIDELITY AND DEPOSIT COMPANY OF MARYLAND and ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS*

**SNOW CHRISTENSEN & MARTINEAU**

 /s/   David Slaugher
DAVID SLAUGHTER, ESQ.
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
*Attorneys for Defendants FIDELITY AND DEPOSIT COMPANY OF MARYLAND and ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS*

**IT IS SO ORDERED**, *nunc pro tunc*.

DATED this 12th day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE