**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONOMA SPRINGS LIMITED PARTNERSHIP, a Nevada limited partnership, and SONOMA SPRINGS ASSOCIATES, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation and ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, a Maryland Corporation and DOES 1-20, inclusive,<br><br>Defendants | Case No.:   3:18-CV-0021-LRH-CBC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR SONOMA SPRINGS LIMITED PARTNERSHIP AND SONOMA SPRINGS ASSOCIATES, LLC TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs, SONOMA SPRINGS LIMITED PARTNERSHIP and SONOMA SPRINGS ASSOCIATES, LLC, (hereinafter collectively "Plaintiffs"), by and through their counsel of record, JAMES W. PUZEY, ESQ. and AUDREY DAMONTE, ESQ., of HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON and Defendants, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, and ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, (hereinafter collectively "Defendants") by and through their counsel of record, DAVID SLAUGHTER, ESQ., of SNOW CHRISTENSEN & MARTINEAU that Plaintiffs and Defendants agree to extend the deadline

from January 17, 2019 to February 4, 2019, for Plaintiffs to file their response to Defendants' Motion for Summary Judgement (ECF No. 60) (the "Motion").

The Defendants filed their Motion for Summary Judgment on December 27, 2018. The Plaintiffs are in the process of acquiring and reviewing all relevant documents, so that it can meaningfully respond to the specific arguments contained in the Motion. Defendants have consented to Plaintiffs' request for an extension to and including February 4, 2019, to file a response to the Motion.

This is the first stipulation for an extension of time for Plaintiffs to respond to Defendants' Motion and is being made in good faith and not for purpose of undue delay. No additional requests for extensions are contemplated.

Dated: January 14, 2019                             Dated: January 14, 2019

**HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON**      **SNOW CHRISTENSEN & MARTINEAU**

*/s/ Audrey Damonte*                                 */s/ David W. Slaughter*

JAMES W. PUZEY, ESQ.                                 DAVID SLAUGHTER, ESQ.
Nevada Bar No. 5745                                  10 Exchange Place, 11th Floor
AUDREY DAMONTE, ESQ.                                 Salt Lake City, Utah 84111
Nevada Bar No.4244
800 S. Meadows Parkway                               JASON W. PEAK, ESQ.
Suite 800                                            RYAN W. LEARY, ESQ.
Reno, Nevada 89521                                   Laxalt & Nomura, Ltd.
Telephone: 775 851-8700                              9790 Gateway Dr., Ste. 200
*Attorneys for Plaintiffs*                           Reno, NV 89521
                                                     *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED**.

DATED this 15th day of January, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE