IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SONOMA SPRINGS LIMITED PARTNERSHIP, a Nevada limited partnership, and SONOMA SPRINGS ASSOCIATES, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation and ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, a Maryland Corporation and DOES 1-20, inclusive,<br><br>Defendants | Case No.: 3:18-CV-0021-LRH-CBC<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs, SONOMA SPRINGS LIMITED PARTNERSHIP and SONOMA SPRINGS ASSOCIATES, LLC, (hereinafter collectively "Plaintiffs"), by and through their counsel of record, JAMES W. PUZEY, ESQ. and AUDREY DAMONTE, ESQ., of HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON and Defendants, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, and ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, (hereinafter collectively "Defendants") by and through their counsel of record, DAVID SLAUGHTER, ESQ., of SNOW CHRISTENSEN & MARTINEAU that Plaintiffs and Defendants agree as follows:

-1-

(1) Plaintiffs will be allowed to file their Amended Response to the Motion for Summary Judgment on February 5, 2019; and

(2) Defendants will file their Reply on or before February 25, 2019.

Dated: February 5, 2019                             Dated: February 5, 2019

**HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON**          **SNOW CHRISTENSEN & MARTINEAU**

*/s/ Audrey Damonte*                                */s/ David W. Slaughter*

JAMES W. PUZEY, ESQ.
Nevada Bar No. 5745
AUDREY DAMONTE, ESQ.
Nevada Bar No.4244
800 S. Meadows Parkway
Suite 800
Reno, Nevada 89521
Telephone: 775 851-8700
*Attorneys for Plaintiffs*

DAVID SLAUGHTER, ESQ.
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111

JASON W. PEAK, ESQ.
RYAN W. LEARY, ESQ.
Laxalt & Nomura, Ltd.
9790 Gateway Dr., Ste. 200
Reno, NV 89521
*Attorneys for Defendants*

### ORDER

**IT IS SO ORDERED,** *nunc pro tunc*.

DATED this 6th day of February, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE