

**HOLLEY, DRIGGS, WALCH, FINE,
PUZEY STEIN & THOMPSON**
JAMES W. PUZEY, ESQ.
AUDREY DAMONTE, ESQ.
800 S. Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone:    775/851-8700
Facsimile:    775/851-7681

*Attorneys for SONOMA SPRINGS
LIMITED PARTNERSHIP and SONOMA SPRINGS
ASSOCIATES, LLC*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONOMA SPRINGS LIMITED PARTNERSHIP, a Nevada limited partnership, and SONOMA SPRINGS ASSOCIATES, LLC, a Nevada limited liability company,<br><br>          Plaintiffs,<br><br>v.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation and ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, a Maryland Corporation and DOES 1-20, inclusive,<br><br>          Defendants | Case No.:     3:18-CV-0021-LRH-CBC<br><br>**STIPULATION AND ORDER TO REOPEN DISCOVERY FOR LIMITED PURPOSES AND TO EXTEND DEADLINE FOR PROPOSED JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiffs, SONOMA SPRINGS LIMITED PARTNERSHIP and SONOMA SPRINGS

ASSOCIATES, LLC, (hereinafter collectively "Plaintiffs"), by and through their counsel of

record, JAMES W. PUZEY, ESQ. and AUDREY DAMONTE, ESQ., of HOLLEY DRIGGS

WALCH FINE PUZEY STEIN & THOMPSON, and Defendants, FIDELITY AND DEPOSIT

COMPANY OF MARYLAND and ZURICH AMERICAN INSURANCE COMPANY OF

ILLINOIS, (hereinafter collectively "Defendants") by and through their counsel of record, DAVID

SLAUGHTER, ESQ., of SNOW CHRISTENSEN & MARTINEAU, agree and jointly move this

Court, pursuant to Rule 6(b)(1)(A) and Local Rules 26-4 and 7-1, to reopen discovery and to extend

the deadline to file a proposed Joint Pretrial Order in compliance with Local Rules 16-3 and 16-4

1  ("Joint Pretrial Order") from September 27, 2019 to November 12, 2019. The Court ordered the

2  parties in its Order dated August 14, 2019 (ECF No. 76, p. 20:10-11, "Order") to file the proposed

3  Joint Pretrial Order by September 27, 2019.

4  The Defendants filed their Motion for Summary Judgment on December 27, 2018 (ECF

5  No. 60, "Motion for Summary Judgment"). The Parties fully briefed the Motion for Summary

6  Judgment and on August 14, 2019, the Court entered the Order granting in part and denying in

7  part the Motion for Summary Judgment. Based on the Court's analysis and ruling, the Parties

8  determined that additional discovery was required prior to submitting the proposed Joint Pretrial

9  Order.

10  As the Court is aware, there is a Sixth Judicial District Court case between the contractor

11  Ascent Construction, Inc. (Plaintiff/Counterdefendant) and Sonoma Springs Limited Partnership

12  (Defendant/Counterclaimant) Sonoma Springs Associates, LLC (Defendant), Case Number CV

13  21,053, Dept. II, pending before the Honorable Michael R. Montero ("State Court Case"). The

14  State Court Case involves issues that overlap issues in this action. To expedite discovery and limit

15  costs in both cases, the Parties agreed to share discovery in both the State Court Case and this

16  Federal case.

17  To date, and in the two lawsuits, twenty (20) depositions have been taken, more than 3,000

18  pages of documents have been exchanged between the parties, together with written discovery

19  including requests for admissions, interrogatories and production of documents. The fact

20  discovery deadline has passed in this action and fact discovery in the State Court Case is supposed

21  to close on October 4, 2019. . Unfortunately, there are three depositions of Ascent subcontractors

22  that remain to be taken in the State Court Case. Sonoma Springs has provided notice of the

23  depositions in that case, but due to scheduling issues, they will not be conducted until the first and

24  third weeks of October. Hence, counsel for the parties have agreed to extend discovery in the

25  State Court Case in order to conduct the three depositions.

26  Once these depositions are completed the Parties will be equipped to properly and

27  accurately identify the documents and witnesses that are required to be delineated in the proposed

28  Joint Pretrial Order.

1    Under the circumstances, including the somewhat unusual interaction of this case and the

2    State case and the agreed consolidation of discovery in the two matters, there is good cause for the

3    Parties' request (1) that discovery in this action be reopened for the limited purposes of conducting

4    the three depositions and (2) that the Parties be allowed a limited period following the completion

5    of those depositions to meet and confer to prepare and file a proposed Joint Pretrial Order with this

6    Court by November 12, 2019.  The modest extension serves ultimately to save costs and time,

7    while still ensuring a just determination of this action. This is a legitimate reason as recognized by

8    Rule 1 of the Federal Rules of Civil Procedure, which states: "These rules . . . should be construed,

9    administered, and employed by the court and the parties to secure the just, speedy, and inexpensive

10   determination of . . . [the] proceeding." Since there is no trial date, no other deadlines will be

11   impacted by this extension.

12    This is the first stipulation to reopen discovery and for a related extension of time to file

13   the proposed Joint Pretrial Order and is being made in good faith and not for purpose of undue

14   delay.  No additional requests for extensions are contemplated.  Therefore, pursuant to Rule

15   6(b)(1)(A) and Local Rule 7-1, the Parties request that the Court reopen discovery for the limited

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  purposes of the three depositions currently scheduled in the State court action and extend this

2  deadline for good cause to file the proposes Joint Pretrial Order to and including November 12,

3  2019.

4        **IT IS SO STIPULATED.**

5  Dated: September 24, 2019           Dated: September 24, 2019

6  **HOLLEY DRIGGS WALCH FINE**     **SNOW CHRISTENSEN & MARTINEAU**
   **PUZEY STEIN & THOMPSON**

7  /s/ Audrey Damonte              /s/ David W. Slaughter

8  JAMES W. PUZEY, ESQ.          DAVID SLAUGHTER, ESQ.
                                 10 Exchange Place, 11th Floor

9  Nevada Bar No. 5745           Salt Lake City, Utah 84111
   AUDREY DAMONTE, ESQ.

10 Nevada Bar No.4244            JASON W. PEAK, ESQ.
                                 RYAN W. LEARY, ESQ.

11 800 S. Meadows Parkway       Laxalt & Nomura, Ltd.
   Suite 800                      9790 Gateway Dr., Ste. 200

12 Reno, Nevada 89521           Reno, NV 89521
   Telephone: 775 851-8700       Attorneys for Defendants

13 Attorneys for Plaintiffs

14

15                    **ORDER**

16       **IT IS SO ORDERED AND ADJUDGED.**

17       DATED this 27th day of September, 2019.

18

19

20                United States Magistrate Judge

21

22

23

24

25

26

27

28

-4-