IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SONOMA SPRINGS LIMITED PARTNERSHIP, a Nevada limited partnership, and SONOMA SPRINGS ASSOCIATES, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation and ZURICH AMERICAN INSURANCE COMPANY, a Maryland Corporation and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:   3:18-CV-0021-LRH-CLB<br><br>**STIPULATION AND ORDER TO REOPEN OR FURTHER EXTEND DISCOVERY FOR LIMITED PURPOSES AND TO EXTEND DEADLINE FOR PROPOSED JOINT PRETRIAL ORDER**<br><br>**(THIRD REQUEST)** |

Plaintiffs, SONOMA SPRINGS LIMITED PARTNERSHIP and SONOMA SPRINGS ASSOCIATES, LLC, (hereinafter collectively "Plaintiffs"), by and through their counsel of record, JAMES W. PUZEY, ESQ. and AUDREY DAMONTE, ESQ., of HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON, and Defendants, FIDELITY AND DEPOSIT COMPANY OF MARYLAND and ZURICH AMERICAN INSURANCE COMPANY[1], (hereinafter collectively "Defendants") by and through their counsel of record, DAVID SLAUGHTER, ESQ., of SNOW CHRISTENSEN & MARTINEAU, agree and jointly move this Court, pursuant to Rule 6(b)(1)(A) and Local Rule 7-1, to extend the deadline to file a proposed

---

[1] The parties have agreed to substitute Zurich American Insurance Company for "Zurich American Insurance Company of Illinois," misidentified in the complaint and subsequent pleadings.

joint Pretrial Order in compliance with Local Rules 16-3 and 16-4 (" Pretrial Order") from February 14, 2020 to May 15, 2020. (The Court earlier approved the parties' stipulations to reopen discovery for limited purposes and to extend the deadline for the proposed joint Pretrial Order. (ECF Nos. 78 and 80). Additional depositions are or will be scheduled and several *subpoena duces tecum* have been or will be served in the related State Court Case more particularly discussed below, during the period of extended discovery. Consequently, the parties reasonably require additional time to properly and accurately identify all of the factual and legal issues, exhibits and witnesses (and any objections thereto) that are required to be included in the proposed joint Pretrial Order.

As the Court is aware, there is a Sixth Judicial District Court (Nevada) case between the contractor Ascent Construction, Inc. (Plaintiff/Counterdefendant) and Sonoma Springs Limited Partnership (Defendant/Counterclaimant) Sonoma Springs Associates, LLC (Defendant), Case Number CV 21,053, Dept. II, pending before the Honorable Michael R. Montero ("State Court Case"). The State Court Case involves issues that likely overlap with issues in this action. To expedite discovery and limit costs in both cases, the Parties agreed to share discovery in both the State Court Case and this Federal case. Discovery was extended as approved under the parties' stipulation as evidenced by this Court's Orders (ECF 78 and 80), to allow additional limited discovery. Thereafter, the parties in the State Court Case have agreed to the taking of additional depositions and the service of several *subpoena duces tecum* of which will be shared in the Federal Case pursuant to the shared discovery agreement of the parties.

In addition, there is a Settlement Conference in the State Court Case scheduled for March 20, 2020, pursuant to the mandatory settlement program of the Nevada Supreme Court and triggered by the recent appeal of an Order in the underlying State Court Case. The parties to this case have agreed to participate in the Settlement Conference in hopes of reaching a global resolution.

///

///

///

Under the circumstances, including the somewhat unusual relationship between this case and the underlying State case between Sonoma and general contractor/bond principal Ascent Construction, and the agreed consolidation of discovery in the two matters, as well as the continuation of that consolidated discovery until February 29, 2020, there is good cause for the Parties' request that they be allowed additional time to acquire and analyze the anticipated additional discovery, to identify all appropriate and necessary exhibits from among the thousands of documents disclosed in discovery, in order to complete their preparation of a reasonable and workable proposed Joint Pretrial Order with this Court.

With this background, and taking into account the respective schedules of counsel, an extension to May 15, 2020, is both reasonable and necessary. The additional extension serves ultimately to save time and expense, while still ensuring a just determination of this action. This is a legitimate reason as recognized by Rule 1 of the Federal Rules of Civil Procedure, which states: "These rules . . . should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of . . . [the] proceeding." Since there is no trial date, no other deadlines will be impacted by this extension.

This is the third stipulation and request for an extension of time to file the proposed joint Pretrial Order. Discovery will continue in the State court case through February 29, 2020, and no additional requests for extensions are contemplated. The stipulation and related request to the Court is being made in good faith and not for purpose of undue delay.

///
///
///
///
///
///
///
///
///


Therefore, pursuant to Rule 6(b)(1)(A) and Local Rule 7-1, the Parties request that the Court extend the deadline for the parties' submission of a proposed joint Pretrial Order to and including May 15, 2020.

**IT IS SO STIPULATED.**

Dated February 3, 2020

**HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON**

/s/ Audrey Damonte
JAMES W. PUZEY, ESQ.
AUDREY DAMONTE, ESQ.
800 S. Meadows Parkway
Suite 800
Reno, Nevada 89521
Telephone: 775 851-8700
*Attorneys for Plaintiffs*

Dated: February 3, 2020

**SNOW CHRISTENSEN & MARTINEAU**

/s/ David Slaughter
DAVID SLAUGHTER, ESQ.
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111

JASON W. PEAK, ESQ.
RYAN W. LEARY, ESQ.
Laxalt & Nomura, Ltd.
9790 Gateway Dr., Ste. 200
Reno, NV 89521
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

DATED this 6th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE