IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SONOMA SPRINGS LIMITED PARTNERSHIP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, et al.,<br><br>Defendants | Case No.:   3:18-CV-0021-LRH-CLB<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to Rule 41(a)(ii) FRCP, and consistent with a settlement reached, the parties, by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action and all claims therein may be dismissed, with prejudice, and jointly move the Court for an Order of Dismissal.

Dated:  September 28, 2020                                  Dated:  September 28, 2020

**HOLLEY DRIGGS, LTD.**                                   **SNOW CHRISTENSEN & MARTINEAU**

/s/ James Puzey                                                      /s/ David Slaughter
JAMES W. PUZEY, ESQ.                                       DAVID SLAUGHTER, ESQ.
AUDREY DAMONTE, ESQ.
                                                                              JASON W. PEAK, ESQ.
*Attorneys for Plaintiffs*                                        RYAN W. LEARY, ESQ.
                                                                              Laxalt & Nomura, Ltd.

                                                                              *Attorneys for Defendants*

### ORDER

**IT IS SO ORDERED.**

DATED this 1st day of October, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

-1-